1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JUNE ELAINE SYLVESTER, | CASE NO.: CV 11-1459 EMC |
| Plaintiff, | **REQUEST FOR APPEARANCE BY TELEPHONE AND P~~ROPO~~SED ORDER** |
| vs. | |
| COUNTY OF DEL NORTE, TASER INTERNATIONAL, INC., and DOES 1 to 10, Inclusive, | DATE: December 16, 2011<br>TIME: 10:30 a.m.<br>Courtroom 5, 17th Floor |
| Defendants. | |

A Case management Conference is scheduled for the above-entitled Court for December 16, 2011, at 10:30 a.m. at the District Court located at 450 Golden Gate Avenue, San Francisco, CA.

The law office of counsel for the defendants is located in Eureka, California, more than 250 miles from the Federal Courthouse.  Should counsel be required to appear in person for the above Case Management Conference, it would impose substantial costs, expense, hardship and inconvenience.  Furthermore, defense counsel has a previously scheduled appointment in the early afternoon of December 16, 2011.  Rescheduling of

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER

this appointment is an option but defense counsel would like to avoid rescheduling, if possible.

Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed to appear by telephone for the scheduled Case Management Conference.

DATED: December 5, 2011      MITCHELL, BRISSO, DELANEY & VRIEZE, LPP

By:  /s/ John M. Vrieze
     John M. Vrieze
     Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.   Plaintiff counsel Dale Galipo is directed to initiate the conference call to Ms. O'Linn for Def. Taser and William Mitchell for Def. County of Del Norte and call the court last at 11:15 a.m. on December 16, 2011 at (415) 522-2117

Dated: 12/5/11      _____
                    District Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER