Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING &KASS**
**ELLROD, RAMIREZ , TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE ELAINE SYLVESTER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE, TASER INTERNATIONAL, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV11-1459 EMC<br>[*Hon.* Judge Edward M. Chen]<br><br>**[PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date: 12/16/11<br>Time: 10:30 a.m.<br><br>Complaint filed: 03/25/11<br>Trial Date: 04/22/13 |

IT IS HEREBY ORDERED that:

　　　1.　　Mildred K. O'Linn counsel for defendant TASER International, Inc. is hereby permitted and authorized to appear telephonically at the Status Conference on December 16, 2011 at 10:30 a.m.

Plaintiff counsel Dale Galipo is directed to initiate the conference call to Ms. O'Linn for Def. Taser and William Mitchell for Def. County of Del Norte and call the court last at 11:15 a.m. on December 16, 2011 at (415) 522-2117.

　　　IT IS SO ORDERED.

Dated: 12/5/11 _____

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen