UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE ELAINE SYLVESTER<br><br>　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF DEL NORTE, TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive<br><br>　　　　　　　　Defendants | Case No. CV 11-01459 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED THAT** Plaintiff is granted leave to file the First Amended Complaint attached to the parties' stipulation.

**IT IS SO ORDERED.**

DATED: 12/14/11

_____
Hon. _____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-1-　　　　　　　　　　　　　　　Case No. CV 11-01459 EMC