**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUNE ELAINE SYLVESTER,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**COUNTY OF DEL NORTE, TASER INT'L, INC., and DOES 1 through 10, inclusive,**<br><br>    **Defendants.** | Case No.: **CV-11-01459 YGR**<br><br>**ORDER OF CLARIFICATION REGARDING MEDIATION** |

Defendant Taser International, Inc. ("Taser") seeks clarification regarding whether it remains exempt from mandatory participation in any Court appointed mediation or other mandatory ADR/settlement proceeding in this matter. Prior to the January 18, 2012 reassignment of this case, Judge Chen had exempted Taser from the mediation requirements. *See* Dkt. No. 39 at 2 ("Taser's participation in the mediation is optional"). Taser seeks clarification regarding whether Judge Chen's Order exempting Taser from mediation still stands.

Taser's participation in the mediation to be completed by May 11, 2012 is optional.

**IT IS SO ORDERED.**

**Dated: April 27, 2012**

                                               **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**