**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUNE ELAINE SYLVESTER,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**COUNTY OF DEL NORTE, TASER INT'L, INC., and DOES 1 through 10, inclusive,**<br><br>    **Defendants.** | **Case No.: 11-CV-01459 YGR**<br><br>**ORDER REGARDING LETTER BRIEF; DISCOVERY PREVIOUSLY REFERRED TO MAGISTRATE JUDGE VADAS** |

Pursuant to the January 18, 2012 Reassignment Order, "[a]ll matters previously referred to a magistrate judge shall remain before that magistrate judge." Dkt. No. 45 ¶ (A)(3). As discovery was previously referred to Magistrate Judge Nandor J. Vadas (*see* July 12, 2011 Docket Event), Defendant Taser International, Inc.'s Letter Brief re Discovery Dispute (Dkt. No. 56), was previously **REFERRED** to Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Date: May 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**