UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER

    Plaintiff(s),

v.

COUNTY OF DEL NORTE, et al.,

    Defendant(s).

      /

No. C-11-01459 YGR (NJV)

**ORDER REGARDING DEFENDANT'S LETTER BRIEF**

(Doc. No. 56)

Discovery matters in this action have been referred to the undersigned. The Court understands that the parties met and conferred telephonically before Taser filed its letter brief. Doc. No. 56. The Court orders counsel for plaintiff and for Taser to meet and confer again regarding the specific issues raised in Taser's letter brief.[1] The meet and confer efforts should be completed on or before May 25, 2012. Counsel for plaintiff may file a 5 page response to Taser's letter brief by June 1, 2012, noting which issues have been resolved and addressing any open issues. The Court will hear oral argument on June 12, 2012 at 2:00 p.m. Parties may choose to appear in Eureka in person, by phone from their respective locations, or by video conference from San Francisco, and should contact Judge Vadas' courtroom deputy to finalize these details. Please note that the Court cannot accommodate requests for using both video conference and phone appearances at the same hearing.

**IT IS SO ORDERED**.

Dated: May 18, 2012

Nandor J. Vadas
United States Magistrate Judge

---

[1] The Court's Standing Orders require parties to meet and confer in person before filing a motion to compel. Given the geographic locations of the parties, however, the Court will allow the parties to meet and confer telephonically instead. The Court may revisit the issue if telephonic meet and confers are not productive.