# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNE ELAINE SYLVESTER,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**COUNTY OF DEL NORTE** *et al.***,**<br><br>　　　**Defendants.** | Case No.: 11-CV-01459-YGR<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference in this matter is hereby **RE-SET** to **Monday, July 30, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The June 4, 2012 Case Management Conference date is **VACATED**.

**IT IS SO ORDERED.**

Date: May 23, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**