UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER

        Plaintiff(s),

   v.

COUNTY OF DEL NORTE, et al.,

        Defendant(s).
_____/

No. C-11-01459 YGR (NJV)

**ORDER REGARDING DEFENDANT'S LETTER BRIEF**

(Doc. No. 66)

    Defendant Taser International has filed a "joint" letter brief concerning the scheduling of Plaintiff's deposition. Doc. No. 66. The parties are ordered to meet and confer telephonically by 4:30 p.m. on June 8, 2012 regarding the issues raised in Defendant's letter brief and are strongly encouraged to resolve this issue without further court intervention. The Court will request a status update at the June 12, 2012 hearing. The parties are further ordered to review the Court's standing order.

**IT IS SO ORDERED**.

Dated: June 7, 2012

Nandor J. Vadas
United States Magistrate Judge