UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER | No. C-11-01459 YGR (NJV) |
| Plaintiff(s), | **ORDER REGARDING DEFENDANT'S LETTER BRIEF** |
| v. | (Doc. No. 66) |
| COUNTY OF DEL NORTE, et al., | |
| Defendant(s). | |

Defendant Taser International has filed a "joint" letter brief concerning the scheduling of Plaintiff's deposition. Doc. No. 66. The parties are ordered to meet and confer telephonically by 4:30 p.m. on June 8, 2012 regarding the issues raised in Defendant's letter brief and are strongly encouraged to resolve this issue without further court intervention. The Court will request a status update at the June 12, 2012 hearing. The parties are further ordered to review the Court's standing order.

**IT IS SO ORDERED**.

Dated: June 7, 2012

Nandor J. Vadas
United States Magistrate Judge