1  Craig A. Livingston  (SBN 148551)
   LIVINGSTON LAW FIRM
2  A Professional Corporation
   1600 South Main Street, Suite 280
3  Walnut Creek, CA  94596
   Tel:  (925) 952-9880
4  Fax: (925) 952-9881
   clivingston@livingstonlawyers.com
5
   Attorneys for Defendant
6  TASER International, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 JUNE ELAINE SYLVESTER,            )  Case No. C – 11 – 01459 YGR (NJV)
                                     )
11             Plaintiff,            )
                                     )  **[PROPOSED] ORDER AWARDING**
12       vs.                         )  **TASER INTERNATIONAL, INC. COSTS**
                                     )  **AND ATTORNEYS' FEES IN**
13 COUNTY OF DEL NORTE, et al.,      )  **CONNECTION WITH  PLAINTIFF'S**
                                     )  **REQUEST FOR A CONTINUANCE OF**
14             Defendants.           )  **DEPOSITION**
                                     )
15 _____   )

16       On Monday, July 16, 2012, the Court granted a request from counsel for plaintiff June

17 Sylvester for a telephonic hearing concerning a continuance of her deposition noticed by

18 agreement for Tuesday, July 17, 2012.  Defendants TASER International, Inc.  ("TASER") and

19 The County of Del Norte objected to the continuance on grounds plaintiff's deposition had been

20 previously noticed several times and had been rescheduled by agreement for July 17 during a

21 June 8, 2012, telephone conference pursuant to this Court's order directing the parties to meet

22 and confer.  The July 17 deposition date had been re-confirmed in an email from plaintiff's

23 counsel on June 11, 2012.

24       Having considered the arguments of counsel, the Court finds that plaintiff's delay in

25 requesting another deposition continuance caused TASER to incur costs and attorneys' fees

26 unnecessarily.  Accordingly, good cause exists for this Court to order plaintiff June Sylvester

27 _____
   *Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
28 [PROPOSED] ORDER AWARDING TASER INTERNATIONAL, INC. COSTS AND ATTORNEYS'
   FEES IN CONNECTION WITH PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEPOSITION

                                        1

1  and/or her counsel to pay defendant TASER costs of $668.46 and reasonable attorneys' fees in
2  the amount of $456 for a total of **$1,124.46**. Payment shall be made directly to TASER within
3  ten (10) days of the date of this Order.

4      **IT IS SO ORDERED.**

5  Dated: July 30, 2012

                                            Nandor J. Vadas
                                            United States Magistrate Judge

---

*Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
[PROPOSED] ORDER AWARDING TASER INTERNATIONAL, INC. COSTS AND ATTORNEYS'
FEES IN CONNECTION WITH PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEPOSITION

2