Craig A. Livingston  (SBN 148551)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com

Attorneys for Defendant
TASER International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE ELAINE SYLVESTER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>Defendants. | Case No. C – 11 – 01459 YGR (NJV)<br><br>**[~~PROPOSED~~] ORDER AWARDING TASER INTERNATIONAL, INC. COSTS AND ATTORNEYS' FEES IN CONNECTION WITH  PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEPOSITION** |

On Monday, July 16, 2012, the Court granted a request from counsel for plaintiff June Sylvester for a telephonic hearing concerning a continuance of her deposition noticed by agreement for Tuesday, July 17, 2012.  Defendants TASER International, Inc.  ("TASER") and The County of Del Norte objected to the continuance on grounds plaintiff's deposition had been previously noticed several times and had been rescheduled by agreement for July 17 during a June 8, 2012, telephone conference pursuant to this Court's order directing the parties to meet and confer.  The July 17 deposition date had been re-confirmed in an email from plaintiff's counsel on June 11, 2012.

Having considered the arguments of counsel, the Court finds that plaintiff's delay in requesting another deposition continuance caused TASER to incur costs and attorneys' fees unnecessarily.  Accordingly, good cause exists for this Court to order plaintiff June Sylvester

---
*Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
[~~PROPOSED~~] ORDER AWARDING TASER INTERNATIONAL, INC. COSTS AND ATTORNEYS' FEES IN CONNECTION WITH PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEPOSITION

1

1  and/or her counsel to pay defendant TASER costs of $668.46 and reasonable attorneys' fees in
2  the amount of $456 for a total of **$1,124.46**.  Payment shall be made directly to TASER within
3  ten (10) days of the date of this Order.

4  **IT IS SO ORDERED.**

5  Dated: July 30, 2012

6  Nandor J. Vadas
   United States Magistrate Judge

---

*Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
[PROPOSED] ORDER AWARDING TASER INTERNATIONAL, INC. COSTS AND ATTORNEYS'
FEES IN CONNECTION WITH PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEPOSITION

2