United States District Court
Northern District of California

JUNE ELAINE SYLVESTER,

    Plaintiff,

  v.

COUNTY OF DEL NORTE, et al.,

    Defendants.

Case No.: 4:11-cv-01459-YGR

**ORDER SCHEDULING STATUS HEARING ON DISCOVERY DISPUTES**

Defendant TASER International, Inc., has notified the court that the parties are embroiled in two disputes related to the undersigned's prior orders. To attempt to avoid the expenditure of party and court resources that would be entailed by ordering full briefing and hearings on these very limited matters, the court will hold a status hearing on October 25 at 9:30 a.m. The parties shall appear telephonically by dialing 1-888-684-8852, entering 1868782 as the access code, and entering 7416 as the security code.

Dated: October 22, 2012

Nandor J. Vadas
United States Magistrate Judge