Craig A. Livingston  (SBN 148551)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com

Attorneys for Defendant
TASER International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNE ELAINE SYLVESTER,

                    Plaintiff,

        vs.

COUNTY OF DEL NORTE, et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. C – 11 – 01459 YGR (NJV)

[~~PROPOSED~~] ORDER RE: DECEDENT'S
MEDICAL AND PSYCHOLOGICAL
RECORDS

On June 22, 2012 this Court issued an Order directing plaintiff to produce all decedent's medical and psychological records for the five years preceding the incident.  Plaintiff's counsel has produced some medical and psychological records within the five years prior to the incident but withheld records dated within five years prior to the incident that incorporate information outside the five-year period under a claim of privilege.  On October 19, 2012, counsel for TASER International, Inc. filed a letter brief requesting clarification of this Court's June 22, 2012 Order.

Counsel were given an opportunity to be heard on the matter.  Having considered the arguments of counsel, the Court finds that good cause exists for this Court to order plaintiff June Sylvester to produce all decedent's medical and psychological records generated within the five years preceding the incident, even if those records refer to or incorporate events that occurred

////

*Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
[~~PROPOSED~~] ORDER RE: DECEDENT'S MEDICAL AND PSYCHOLOGICAL RECORDS

1

outside the five year period.  Plaintiff shall produce the responsive records to TASER within ten

(10) days of the date of this Order.

      **IT IS SO ORDERED.**

Dated: <u>October 30, 2012</u>

                Nandor J. Vadas

                United States Magistrate Judge

*Sylvester v. County of Del Norte, et al.* – Case No. CV 11-01459
[PROPOSED] ORDER RE: DECEDENT'S MEDICAL AND PSYCHOLOGICAL RECORDS

2