UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUNE ELAINE SYLVESTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF DEL NORTE, *et al.*,<br><br>    Defendant(s). | Case No.:11-cv-1459-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

TO PLAINTIFF AND HER COUNSEL OF RECORD:

The above-named Plaintiff's counsel, Dale Kristopher Galipo and Brian Edward Claypool, are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Defendants County of Del Norte, Frank Villarreal, and Allen Dubreuil filed their pre-filing conference letter on December 11, 2012, a offered multiple dates for a pre-filing conference. (Dkt. No. 89.) Plaintiff has not filed a response to that letter as of this date.

A hearing on this Order to Show Cause shall be held on **Wednesday, January 9, 2013,** at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be

1  designated. Plaintiff's counsel must file a written response to this Order to Show Cause no later than
2  Thursday, **January 4, 2013**.

3  If the Court is satisfied with counsel's response, it will consider taking the Order to Show
4  Cause hearing off calendar. Otherwise, personal appearance by counsel will be required.

5  **IT IS SO ORDERED.**

7  Dated: December 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**