**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUNE ELAINE SYLVESTER,**<br>  Plaintiff(s),<br>vs.<br>**COUNTY OF DEL NORTE** *et al.*,<br>  Defendant(s). | Case No.: 11-CV-01459 YGR<br><br>**ORDER VACATING SHOW CAUSE HEARING** |

The Court has reviewed the response to the Court's Order to Show Cause and is satisfied with the Plaintiff's response. The Court will not impose sanctions at this time and **VACATES** the Show Cause Hearing set for Wednesday, January 9, 2013 at 2:00 p.m. The parties are still to appear for the Pre-filing Conference on Wednesday, January 9, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**