1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUNE ELAINE SYLVESTER,**

    **Plaintiff(s),**

    **vs.**

**COUNTY OF DEL NORTE** *et al.*,

    **Defendant(s).**

**Case No.: 11-CV-01459 YGR**

**ORDER VACATING SHOW CAUSE HEARING**

    The Court has reviewed the response to the Court's Order to Show Cause and is satisfied with the Plaintiff's response.  The Court will not impose sanctions at this time and **VACATES** the Show Cause Hearing set for Wednesday, January 9, 2013 at 2:00 p.m.  The parties are still to appear for the Pre-filing Conference on Wednesday, January 9, 2013 at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: January 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**