UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNE ELAINE SYLVESTER,            No. 4:11-CV-01459 YGR (NJV)

    Plaintiff,                                 **ORDER SETTING STATUS CONFERENCE**

    v.

COUNTY OF DEL NORTE, et al.,

    Defendants.
_____/

A status conference is HEREBY SET in this matter for 10:00 am. on Friday, January 11, 2013. The parties may appear by telephone. To do so, the parties shall dial 888-684-8852, enter access code 1868782, and enter security code 7416.

The topic of this status conference is the scheduling of the settlement conference ordered by District Judge Gonzalez Rogers. Counsel having settlement authority SHALL appear at the status conference. Failure to appear at the status conference as ordered may result in the imposition of sanctions.

Dated: January 10, 2013

Nandor J. Vadas

United States Magistrate Judge