UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JUNE ELAINE SYLVESTER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>  Defendants. | Case No. 11-cv-01459-YGR   (NJV)<br><br>**ORDER SETTING STATUS CONFERENCE** |

This case is HEREBY SET for a telephonic status conference at 1:00 pm. on March 12, 2013. The parties shall dial 218-339-2500 and enter access code 1057593. The parties shall be prepared to discuss the setting of a settlement conference.

**IT IS SO ORDERED**.

Dated: March 7, 2013

_____
Nandor J. Vadas
United States Magistrate Judge