LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq. (Bar No. 272458)
tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUNE ELAINE SYLVESTER<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE, et. al.,<br><br>Defendants. | Case No. CV11-01459 YGR (NJV)<br><br>*Honorable Yvonne Gonzalez Rogers*<br><br>**[PROPOSED] ORDER RE PLAINTIFF JUNE ELAINE SYLVESTER'S EX PARTE APPLICATION FOR RELIEF**<br><br>Mediation: April 4, 2013<br>Pretrial Conference: April 5, 2013<br>Trial: April 22, 2013 |

Having read and considered Plaintiff's Ex Parte Application for Relief (Doc. No. 67) and the stipulation attached thereto, and good cause having been shown,

IT IS ORDERED THAT Plaintiff's application is:

⎯ ~~GRANTED. Plaintiff's attorney Mr. Thomas C. Seabaugh may appear for the upcoming mediation on April 4, 2013 and the final pretrial conference on April 5, 2013 instead of Plaintiff's lead trial counsel Mr. Dale K. Galipo.~~

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**PLAINTIFF'S EX PARTE APPLICATION**

1  ~~___  GRANTED. The upcoming mediation on April 4, 2013 is~~
2  ~~continued to April 11, 2013. The Final Pretrial Conference~~
3  ~~scheduled for April 5, 2013 is continued to April 12, 2013.~~
4  <u>XX</u>  **GRANTED WITH MODIFICATION**.  The upcoming mediation on
5  April 4, 2013 is **CONTINUED** to <u>April 10, 2013</u>. The Final
6  Pretrial Conference scheduled for April 5, 2013 is **CONTINUED**
7  to April 12, 2013.
8  ~~___  DENIED.~~
9  This Order Terminates Docket Number 67.
10 **IT IS SO ORDERED**.

ENTERED: April 2, 2013

_____
HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE


Respectfully Submitted,

DATED: April 1, 2013         LAW OFFICES OF DALE K. GALIPO


                             By_____/s/ Thomas C. Seabaugh_____
                                Dale K. Galipo
                                Thomas C. Seabaugh
                                Attorneys for Plaintiff
                                JUNE ELAINE SYLVESTER

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**PLAINTIFF'S EX PARTE APPLICATION**