**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUNE ELAINE SYLVESTER,**<br>　　**Plaintiff,**<br>　　vs.<br>**COUNTY OF DEL NORTE** *et al.*,<br>　　**Defendants.** | Case No.: 11-CV-01459 YGR<br><br>**ORDER REGARDING PRETRIAL FILINGS** |

The Court is in receipt of the parties' pre-trial filings and requests the following additional materials be delivered to Chambers by no later than **5:00 p.m.** on **Thursday, April 11, 2013**:

A working set of Exhibits that corresponds to the Joint Exhibit List (Dkt. No. 161);

For any expert witness whose testimony is subject to a motion *in limine*, the party offering the witness shall file a statement identifying each proffered opinion that has also been supported by the required expert disclosures.

Additionally, the parties shall email a Word version of the Joint List of Proposed Jury Instructions to YGRpo@cand.uscourts.gov

**IT IS SO ORDERED.**

Dated: April 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**